**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| DUSTIN DYER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 3:19-cv-921-JAG |
| | ) |
| SHIRRELLIA SMITH, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)

Defendants Shirrellia Smith and Natalie Staton, by counsel, move to dismiss the Complaint filed in this matter pursuant to Fed. R. Civ. P. 12(b)(6). The grounds for this motion are set forth in the memorandum in support filed simultaneously herewith.

Respectfully submitted,

SHIRRELLIA SMITH and NATALIE STATON

By:  /s/
William W. Tunner (VSB #38358)
William D. Prince IV (VSB #77209)
John P. O'Herron (VSB #79357)
THOMPSON MCMULLAN, P.C.
100 Shockoe Slip, 3rd Floor
Richmond, Virginia 23219
Tel: (804) 649-7545
Fax: (804) 780-1813
wtunner@t-mlaw.com
wprince@t-mlaw.com
joherron@t-mlaw.com

*Counsel for Defendants Shirrellia Smith and Natalie Staton*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of August, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Jonathan Corbett, Esquire (admitted *pro hac vice*)
958 N. Western Avenue #765
Hollywood, CA 90029
Tel: (310) 684-3870
Fax: (310) 684-3870
jon@corbettrights.com
*Counsel for Plaintiff*

Dustin W. Dyer, Esquire
9071 W. Broad Street
Henrico, VA 23294
Tel: (804) 377-7247
Fax: (804) 377-7247
dustin@dyerimmigration.com
*Pro Se Attorney – Plaintiff (Local Counsel)*

By:   /s/
William D. Prince IV (VSB #77209)
THOMPSON MCMULLAN, P.C.
100 Shockoe Slip, 3rd Floor
Richmond, Virginia 23219
Tel: (804) 649-7545
Fax: (804) 780-1813
wprince@t-mlaw.com
*Counsel for Defendants Shirrellia Smith and Natalie Staton*