IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| DUSTIN DYER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:19-cv-921-JAG |
| | ) |
| SHIRRELLIA SMITH, *et al.*, | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR LEAVE TO PARTICIPATE AS AMICI CURIAE
IN SUPPORT OF NEITHER PARTY WITH RESPECT TO DEFENDANTS' MOTION
TO DISMISS**

Professor Katherine Mims Crocker of William & Mary Law School and Professor Brandon Hasbrouck of Washington & Lee School of Law, for the reasons set forth in their accompanying memorandum of law, respectfully move this Court for leave to participate in the above-styled action as amici curiae and to file an amicus brief in support of neither party with respect to Defendants' Motion to Dismiss on or before December 11, 2020. Professors Crocker and Hasbrouck will express solely their own views and not the views of their institutions.

Dated: October 16, 2020            Respectfully submitted,

/s/ Brian D. Schmalzbach

Brian D. Schmalzbach (VA Bar # 88544)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Telephone: (804) 775-4746
Facsimile: (804) 698-2304
bschmalzbach@mcguirewoods.com

Katherine Mims Crocker (VA Bar # 87430)
William & Mary Law School
P.O. Box 8795
Williamsburg, VA 23187-8795
Telephone: (757) 221-3758
kmcrocker@wm.edu

Anne L. Doherty (*pro hac vice forthcoming*)
McGuireWoods LLP
201 N. Tryon Street, Suite 3000
Charlotte, NC 28202
Telephone: (704) 373-4633
Facsimile: (704) 343-2300
adoherty@mcguirewoods.com

*Attorneys for Amici Curiae Crocker and Hasbrouck*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. A copy has also been served via first class, postage prepaid, U.S. Mail to the following:

Jonathan Corbett
958 N. Western Avenue #765
Hollywood, CA 90029

Dustin W. Dyer
9071 W. Broad Street
Henrico, VA 23294

John P. O'Herron
Thompson McMullan, P.C.
100 Shockoe Slip, 3rd Floor
Richmond, Virginia 23219

/s/ Brian D. Schmalzbach
Brian D. Schmalzbach (VA Bar # 88544)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Telephone: (804) 775-4746
Facsimile: (804) 698-2304
bschmalzbach@mcguirewoods.com