**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| DUSTIN DYER, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   Case No. 3:19-cv-921-JAG |
| | ) |
| SHIRRELLIA SMITH, *et al.*, | ) |
| | ) |
|    Defendants. | ) |
| | ) |

## DEFENDANTS' MOTION FOR LEAVE TO FILE A RESPONSE TO BRIEF OF AMICI CURIAE WITH RESPECT TO DEFENDANTS' MOTION TO DISMISS

Defendants Shirrellia Smith and Natalie Staton, by counsel, respectfully move this Court for leave to file a response to the Brief of Amici Curiae Professors Katherine Mims Crocker and Brandon Hasbrouck with respect to Defendants' Motion to Dismiss (ECF No. 30). The grounds for this motion are set forth in the memorandum in support filed simultaneously herewith.

Respectfully submitted,

SHIRRELLIA SMITH and NATALIE STATON

By:   /s/                       
William W. Tunner (VSB #38358)
William D. Prince IV (VSB #77209)
John P. O'Herron (VSB #79357)
THOMPSON MCMULLAN, P.C.
100 Shockoe Slip, 3rd Floor
Richmond, Virginia 23219
Tel: (804) 649-7545
Fax: (804) 780-1813
wtunner@t-mlaw.com
wprince@t-mlaw.com
joherron@t-mlaw.com
*Counsel for Defendants Shirrellia Smith and Natalie Staton*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of December, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Jonathan Corbett, Esquire (admitted *pro hac vice*)
958 N. Western Avenue #765
Hollywood, CA 90029
Tel: (310) 684-3870
Fax: (310) 684-3870
jon@corbettrights.com
*Counsel for Plaintiff*

Dustin W. Dyer, Esquire
9071 W. Broad Street
Henrico, VA 23294
Tel: (804) 377-7247
Fax: (804) 377-7247
dustin@dyerimmigration.com
*Pro Se Attorney – Plaintiff (Local Counsel)*

Brian D. Schmalzbach (VSB #88544)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Tel: (804) 775-4746
Fax: (804) 698-2304
bschmalzbach@mcguirewoods.com
*Counsel for Amici Curiae*

Anne L. Doherty (admitted *pro hac vice*)
McGuireWoods LLP
201 N. Tryon Street, Suite 300
Charlotte, NC 28202
Tel: (704) 373-4633
Fax: (704) 343-2300
adoherty@mcguirewoods.com
*Counsel for Amici Curiae*

Katherine Mims Crocker (VSB #87430)
William & Mary Law School
P.O. Box 8795
Williamsburg, Virginia 23287-8785
Tel: (757) 221-3758
kmcrocker@wm.edu
*Counsel for Amici Curiae*

By: /s/
William D. Prince IV (VSB #77209)
THOMPSON MCMULLAN, P.C.
100 Shockoe Slip, 3rd Floor
Richmond, Virginia 23219
Tel: (804) 649-7545
Fax: (804) 780-1813
wprince@t-mlaw.com
*Counsel for Defendants Shirrellia Smith and Natalie Staton*

3