**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| DUSTIN DYER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:19-cv-921-JAG |
| ) | |
| SHIRRELLIA SMITH, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR LEAVE TO FILE
A RESPONSE TO THE BRIEF OF AMICI CURIAE WITH RESPECT TO
DEFENDANTS' MOTION TO DISMISS**

Defendants Shirrellia Smith and Natalie Staton (collectively, the "Defendants"), by counsel, state as follows in support of their motion for leave to file a response to the Brief of Amici Curiae Professors Katherine Mims Crocker and Brandon Hasbrouck with respect to Defendants' Motion to Dismiss (ECF No. 30) on or before February 5, 2021.

**Factual Summary**

On December 11, 2019, plaintiff Dustin Dyer ("Plaintiff") filed a Complaint against the Defendants alleging that his civil rights were violated at the TSA security checkpoint at the Richmond International Airport. On August 7, 2020, Defendants filed a motion to dismiss the Complaint, along with a supporting memorandum (the "Motion to Dismiss"). On August 21, 2020, the Plaintiff filed a response in opposition, and the Defendants filed a reply on August 27, 2020.

On October 16, 2020, Professor Katherine Mims Crocker of William & Mary Law School and Professor Brandon Hasbrouck of Washington & Lee University School of Law (collectively, the "Amici Curiae") moved this Court for leave to participate in this matter as amici curiae and to

file an amicus brief presumably in support of neither party with respect to Defendants' Motion to Dismiss (ECF No. 23) on or before December 11, 2020.  On October 19, 2020, this Court granted the Amici Curiae leave to participate in this proceeding and file an amicus brief in support of neither party by December 11, 2020.

On December 11, 2020, the Amici Curiae filed their amicus brief (the "Amicus Brief"). Although the Amici Curiae say that their Amicus Brief was filed "in support of neither party," they devote almost their entire brief to attacking the Motion to Dismiss and openly urge this Court to deny the motion.  Given that the Amici Curiae were given the opportunity to share their own academic opinions on the Motion to Dismiss, Defendants respectfully request leave to file a brief to respond to the legal arguments and authorities cited in the Amicus Brief.  Defendants request leave to file a response brief on or before February 5, 2021, which is a comparable amount of time afforded to the Amici Curiae to file their amicus brief.

## Conclusion

Defendants respectfully request that their motion for leave to file a brief in response to the Amicus Brief filed by the Amici Curiae be granted.  Defendants request leave to file a response brief on or before February 5, 2021.

Respectfully submitted,

SHIRRELLIA SMITH and NATALIE STATON


By:   /s/                 
William W. Tunner (VSB #38358)
William D. Prince IV (VSB #77209)
John P. O'Herron (VSB #79357)
THOMPSON MCMULLAN, P.C.
100 Shockoe Slip, 3rd Floor
Richmond, Virginia 23219
Tel: (804) 649-7545
Fax: (804) 780-1813
wtunner@t-mlaw.com
wprince@t-mlaw.com
joherron@t-mlaw.com
*Counsel for Defendants Shirrellia Smith and Natalie Staton*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of December, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Jonathan Corbett, Esquire (admitted *pro hac vice*)
958 N. Western Avenue #765
Hollywood, CA 90029
Tel: (310) 684-3870
Fax: (310) 684-3870
jon@corbettrights.com
*Counsel for Plaintiff*

Dustin W. Dyer, Esquire
9071 W. Broad Street
Henrico, VA 23294
Tel: (804) 377-7247
Fax: (804) 377-7247
dustin@dyerimmigration.com
*Pro Se Attorney – Plaintiff (Local Counsel)*

Brian D. Schmalzbach (VSB #88544)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Tel: (804) 775-4746
Fax: (804) 698-2304
bschmalzbach@mcguirewoods.com
*Counsel for Amici Curiae*

Anne L. Doherty (admitted *pro hac vice*)
McGuireWoods LLP
201 N. Tryon Street, Suite 300
Charlotte, NC 28202
Tel: (704) 373-4633
Fax: (704) 343-2300
adoherty@mcguirewoods.com
*Counsel for Amici Curiae*

Katherine Mims Crocker (VSB #87430)
William & Mary Law School
P.O. Box 8795
Williamsburg, Virginia 23287-8785
Tel: (757) 221-3758
kmcrocker@wm.edu
*Counsel for Amici Curiae*

By: /s/
William D. Prince IV (VSB #77209)
THOMPSON MCMULLAN, P.C.
100 Shockoe Slip, 3rd Floor
Richmond, Virginia 23219
Tel: (804) 649-7545
Fax: (804) 780-1813
wprince@t-mlaw.com
*Counsel for Defendants Shirrellia Smith and Natalie Staton*