IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DUSTIN DYER,
        Plaintiff,

v.                                          Civil Action No. 3:19-cv-921

SHIRRELLIA SMITH, et al.,
        Defendants.

## ORDER

      This matter comes before the Court on the defendants' motion for leave to file a response to the brief of amici curiae with respect to defendants' motion to dismiss. (ECF No. 31.) Upon due consideration, the Court GRANTS the motion. The defendants will file a brief to respond to the amicus brief on or before January 11, 2021.

      It is so ORDERED.

      Let the Clerk send a copy of this Order to all counsel of record.

Date: 21 December 2020
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge