FILED: April 2, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-152
(3:19-cv-00921-JAG)

_____

SHIRRELLIA SMITH; NATALIE STATON

        Petitioners

v.

DUSTIN WALLACE DYER

        Respondent

---

This case has been opened as an original proceeding in this court. The district court is receiving this notice for informational purposes.

| Originating Court | United States District Court for the Eastern District of Virginia at Richmond |
|---|---|
| Date Petition Filed: | 04/02/2021 |
| Petitioners | Shirrellia Smith, Natalie Staton |
| Appellate Case Number | 21-152 |
| Case Manager | Anisha Walker<br>804-916-2704 |