IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DUSTIN DYER,

          Plaintiff,

v.                                                            Civil Action No. 3:19-cv-921

SHIRRELLIA SMITH, et al.,

          Defendants.

## ORDER

      This matter comes before the Court on the defendants' motion to stay this action pending

resolution on appeal. (ECF No. 45.) Upon due consideration, the Court GRANTS the motion and

STAYS all proceedings in this Court until the Fourth Circuit issues its mandate.

      It is so ORDERED.

      Let the Clerk send a copy of this Order to all counsel of record.

Date: 10 May 2021
Richmond, VA

                       /s/
                John A. Gibney, Jr.
                United States District Judge