FILED: November 12, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1508
(3:19-cv-00921-JAG)
_____

DUSTIN WALLACE DYER

   Plaintiff - Appellee

v.

SHIRRELLIA SMITH; NATALIE STATON

   Defendants - Appellants

-------------------------------

UNITED STATES OF AMERICA

   Amicus Supporting Appellant

_____

O R D E R
_____

  This case was previously scheduled for oral argument. At the direction of the court, the case is removed from the argument calendar and placed in abeyance pending the decision of the Supreme Court of the Unites States in *Egbert v. Boule* (21-147). The parties shall notify the court in writing promptly upon issuance of

the decision.

                                                For the Court

                                                <u>/s/ Patricia S. Connor, Clerk</u>